# Court of Appeals
# of the State of Georgia

ATLANTA,  October 01, 2015

*The Court of Appeals hereby passes the following order:*

## A16A0107.  MARKEL OWENS v. THE STATE.

Markel Owens pled guilty to armed robbery and several other offenses in June 2014.  He later filed a pro se motion to withdraw his guilty pleas, which the trial court denied in two orders, the latest of which was entered on October 13, 2014.  Owens filed a pro se notice of appeal on November 18, 2014.  We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order from which an appeal is sought.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Because Owens filed his notice of appeal 36 days after entry of the order he seeks to appeal, it is untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/01/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*